# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

JUAN JOSE LOPEZ-MADRIZ,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. CO5-5305FDB

ORDER SETTING BRIEFING SCHEDULE

Plaintiff moves pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence, and the Court sets the following briefing schedule:

- Answer of the United States is due no later than July 22, 2005;
- Plaintiff's Reply is due no later than August 26, 2005.

DATED this 3rd day of June, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1