1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

DANIEL CLARK SUMMERS

11

Petitioner,

12

v.

13

UNITED STATES OF AMERICA,

14

Respondent.

Case No. 05-5305 FDB

ORDER SETTING BRIEFING
SCHEDULE

15

16

17

     Petitioner seeks to have this Court address and correct his sentence pursuant to recent U.S.
Supreme Court opinions.  A briefing schedule in this 28 U.S.C. §2255 cause of action is set as
follows:

18

19

    (1)     Respondent's Answer is **due no later than Friday, August 12, 2005;**

20

    (2)     Petitioner's Reply is **due Friday, August 26, 2005;**

21

    (3)     The clerk shall place this matter on the motion calendar for **Monday, August 29,
2005.**

22

23

24

25

26

ORDER - 1

1   DATED this 27th day of June, 2005.

2

3                                      _____

4                                      FRANKLIN D. BURGESS
                                       UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER - 2